UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHERINE PRESTON, et al.,<br><br>        Defendants. | Case No. 18-cv-07199-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 55 |

    The Court has found the settlement agreement requiring the dismissal of all claims related to this dispute enforceable. *See* Dkt. No. 55. Accordingly, this action is dismissed with prejudice. If Ms. Lewis has not yet cashed her check, the defendant is ordered to cancel it and deliver another one to her within 7 days of this order.

    **IT IS SO ORDERED.**

Dated: January 8, 2020

                                            VINCE CHHABRIA<br>
                                            United States District Judge